CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUL 30 2012

JULIA C. DUDLEY, CLERK
BY: H McQraed
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 4:10-cr-00020 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LUIS ENRIQUE MARTINEZ-ROMERO, | ) | By:  Hon. Jackson L. Kiser |
| Petitioner. | ) | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the Magistrate Judge's Report and Recommendation is **ADOPTED** in its entirety; the

United States' motion to dismiss is **GRANTED**; petitioner's 28 U.S.C. § 2255 motion is

**DISMISSED**; a certificate of appealability is **DENIED**; and this action is **STRICKEN** from the

active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum

Opinion to the parties.

Enter:  This 30+ℒ day of July, 2012

Senior United States District Judge